UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-14035-CR-MARTINEZ

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| Plaintiff, | § |
| v. | |
| | § |
| DANIEL SCOTT CROW, | |
| | § |
| Defendant. | § |
| _____ / | |

## NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN** that the Defendant, DANIEL SCOTT CROW, by and through his undersigned counsel, hereby appeals to the United States Court of Appeals for the Eleventh Circuit the sentence imposed by this court on December 12, 2022 and the judgment in a criminal case entered in this case on December 13, 2022.

Dated: December 22, 2022.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed with the Clerk of Court by using CM/ECF system which will

1

send a notice of electronic filing to all counsel of record this 22nd day of December 2022.

                              Respectfully submitted,

                              JEFFREY S. WEINER, P.A.
                              ATTORNEYS AT LAW
                              Two Datran Center, Suite 1910
                              9130 South Dadeland Blvd.
                              Miami, Florida 33156-7858
                              305 670-9919
                              305 670-9299 Fax
                              lawfirm@jeffweiner.com

            By:   */s/ Jeffrey S. Weiner*
                    JEFFREY S. WEINER, ESQUIRE
                    Florida Bar No. 185214